PER CURIAM.
Affirmed. Baptist Memorial Hosp., Inc. v. Bell, 384 So.2d 145 (Fla.1980); Cloud v. Fallis, 110 So.2d 669 (Fla.1959); Dos Santos v. Ajax Navigation Corp., 531 So.2d 231 (Fla. 3d DCA 1988), cert. dismissed, 489 U.S. 1048, 109 S.Ct. 1304, 103 L.Ed.2d 574 (1989); Royal Netherlands, S.S. v. Quinto de Garcia, 489 So.2d 128 (Fla. 3d DCA), rev. denied, 496 So.2d 143 (Fla.1986), cert. denied, 479 U.S. 1090, 107 S.Ct. 1299, 94 L.Ed.2d 155 (1987); Williams v. Hardy, 468 So.2d 429 (Fla. 5th DCA 1985).